IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00440-CMA-MJW

RONALD PLUMMER,

Plaintiff(s),

v.

DANIELS, Warden,
MCDERMOTT, Hospital Administrator,
ALLRED, Clinical Director,
MCROY, Mid-Level Provider,
CINK, Mid-Level Provider,
JANE DOE, and
JOHN DOE,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's "Interlocutory Motion to Show Cause" (Docket No. 30) shall be construed as a response to this court's Order to Show Cause (Docket No. 26) rather than as a motion.  To the extent plaintiff requests in Docket No. 30 that service be made on defendant McRoy at the address plaintiff previously submitted in a letter to the Clerk of Court (Docket No. 28), such request is denied.  In that letter, plaintiff merely provided the address of Assistant U.S. Attorney J. Benedict Garcia rather than a current address for defendant McRoy.  It is further

     ORDERED that the Show Cause Hearing remains set on July 9, 2013, at 2:00 p.m. at which plaintiff shall show cause why this case should not be dismissed as against defendant McRoy for failure to serve and failure to prosecute.  It is further

     ORDERED that plaintiff's "Interlocutory Motion to Compel" (Docket No. 31) is denied.  Plaintiff has not provided the court with any details concerning his attempt to obtain input from the defendants for the proposed Scheduling Order.

Date: June 14, 2013