IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00440-CMA-MJW

RONALD PLUMMER,

Plaintiff(s),

v.

MCDERMOTT, Hospital Administrator,
ALLRED, Clinical Director,
MCROY, Mid-Level Provider,
CINK, Mid-Level Provider,
JANE DOE, and
JOHN DOE,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies and Motion for Stay (Docket No. 37) is granted as follows.  Defendants' Motion for Summary Judgment (Docket No. 37-1) and accompanying exhibits (Docket No. 37-2), filed by defendants McDermott, Allred, and Cink, are accepted for filing as of the date of this Minute Order.  All proceedings with respect to defendants McDermott, Allred, and Cink are stayed until further order of the court following a ruling on the Defendants' Motion for Summary Judgment (Docket No. 37-1).  Defendants McDermott, Allred, and Cink will not be precluded from filing an answer or subsequent motion for summary judgment on the merits if necessary following a ruling on Defendants' Motion for Summary Judgment (Docket No. 37-1).  It is further

ORDERED that the plaintiff shall have up to and including July 22, 2013, to file a response to the Defendant's Motion for Summary Judgment (Docket No. 37-1).  It is further

ORDERED that the Show Cause Hearing remains set on July 9, 2013, at 2:00 p.m. at which plaintiff shall show cause why this case should not be dismissed as against defendant McRoy for failure to serve and failure to prosecute.

Date: June 25, 2013