IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 13-cv-00440-CMA-MJW

RONALD PLUMMER,

    Plaintiff,

v.

DANIELS, Warden,
McDERMOTT, Hospital Administrator,
ALLRED, Clinical Director,
McROY, Mid-Level Provider,
CINK, Mid-Level Provider,
JANE DOE, and
JOHN DOE,

    Defendants.

## ORDER ADOPTING AND AFFIRMING JULY 10, 2013 RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge Michael J. Watanabe pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72. (Doc. # 13.) On July 10, 2013, Judge Watanabe issued a Recommendation, advising the Court that Plaintiff's claims against Defendant McRoy should be "dismissed without prejudice pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1 for failure to serve and failure to prosecute." (Doc. # 45 at 3.) The Recommendation stated that "the parties have fourteen (14) days after service of this recommendation to serve and file specific written objections . . . with

the District Judge assigned to the case." (*Id.*)  Following the Recommendation, Plaintiff filed an objection on July 17, 2013.  (Doc. # 49.)

When a magistrate judge issues a recommendation on a dispositive matter, Fed. R. Civ. P. 72(b)(3) requires that the district judge "determine de novo any part of the magistrate judge's [recommended] disposition that has been properly objected to." In conducting its review, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  *Id.*

In the instant case, Plaintiff does not properly object to any part of the Recommendation.  Instead, he reiterates arguments that he previously raised (Doc. # 42), which the Court has already rejected (Doc. # 46).  Nonetheless, the Court has conducted a *de novo* review of this matter, including reviewing all relevant pleadings, the Recommendation, and Plaintiff's objection thereto.  Based on this *de novo* review, the Court concludes that Judge Watanabe's Recommendation is correct and is not called into question by Plaintiff's objection.

Therefore, it is ORDERED that Plaintiff's objection (Doc. # 49) is OVERRULED, and the Court hereby ADOPTS and AFFIRMS the Recommendation of the United States Magistrate Judge (Doc. # 45) as an Order of this Court.  Pursuant to the Recommendation, it is

FURTHER ORDERED that Plaintiff's claims against Defendant McRoy are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m) and D.C.COLO.LCivR 41.1 for failure to serve and failure to prosecute.

DATED: September __24__, 2013

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge