**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00440-CMA-MJW

RONALD PLUMMER,

    Plaintiff,

v.

McDERMOTT, Hospital Administrator,
ALLRED, Clinical Director, and
CINK, Mid-Level Provider,

    Defendants.

## ORDER TO AMEND CAPTION

This matter is before the Court *sua sponte.* Pursuant to Court Order (Doc. # 8), Defendants Daniels, Jane Doe, and John Doe were dismissed from this case. Additionally, by Order Adopting and Affirming July 10, 2013 Recommendation of United States Magistrate Judge (Doc. # 58), Defendant McRoy was dismissed. It is, therefore,

ORDERED that the caption on all subsequent filings shall reflect the removal of "Daniels," "Jane Doe," "John Doe," and "McRoy" as Defendants in this case, as set forth above.

DATED: September __24__, 2013

                                            BY THE COURT:

                                            *(signature)*
                                            CHRISTINE M. ARGUELLO
                                            United States District Judge