IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-00440-CMA-MJW

RONALD PLUMMER,

Plaintiff(s),

v.

MCDERMOTT, Hospital Administrator,
ALLRED, Clinical Director, and
CINK, Mid-Level Provider,


Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the plaintiff's Joinder of Parties Motion (Docket No. 61) is denied without prejudice.  Plaintiff has not tendered a proposed Amended Complaint in which he adds the claims he seeks to bring against the new defendant he seeks to add, the Medical Trip Coordinator at USP Florence.

It is further ORDERED that the Defendants' Motion to Stay (Docket No. 56) is granted, and this case is stayed pending the court's ruling on the Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Docket No. 54).

Date: September 30, 2013