**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00440-CMA-MJW

RONALD PLUMMER,

    Plaintiff,

v.

MCDERMOTT, Hospital Administrator,
ALLRED, Clinical Director, and
CINK Mid-Level Provider,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting and Affirming June 11, 2013 Recommendation of United States Magistrate Judge of Judge Christine M. Arguello entered on February 18, 2014 it is

ORDERED that Plaintiff's objection (Doc. # 73) is OVERRULED.  It is

FURTHER ORDERED the Recommendation of United States Magistrate Judge Michael J. Watanabe (Doc. # 71) is AFFIRMED and ADOPTED as an Order of this Court. Pursuant to the Recommendation, it is

FURTHER ORDERED that the underlying Motion (Doc. # 40) is GRANTED and the claims against Defendants are DISMISSED WITHOUT PREJUDICE.

Dated at Denver, Colorado this 19th day of February, 2014.

                    FOR THE COURT:
                    JEFFREY P. COLWELL, CLERK

By:  s/  Sandra Hartmann

           Sandra Hartmann
           Deputy Clerk